UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X

UNITED STATES OF AMERICA,

    -against-

LIONEL THOTAM,

              Defendant.
---------------------------------X

**ORIGINAL**

FINAL ORDER
OF FORFEITURE

Cr. No. 02-1091

WHEREAS, on or about October 10, 2002, the Defendant LIONEL THOTAM agreed to plead guilty to, and was convicted of, a conspiracy to violate 15 U.S.C. §§ 78j and 78ff, in violation of 18 U.S.C. § 371, and has agreed to forfeit certain property pursuant to 28 U.S.C. § 2461(c) and 18 U.S.C. § 981(a)(1)(C); and

WHEREAS, on October 24, 2002, this Court entered a Preliminary Order of Forfeiture forfeiting to the United States a forfeiture money judgment (the "Forfeiture Money Judgment") against the Defendant in the amount of Ninety-Nine Thousand Five Hundred and Fifty Dollars and Fifty-Eight Cents ($99,550.58)(the "Forfeited Funds"), and such forfeited funds are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 28 U.S.C. § 2461(c) and 18 U.S.C. § 981; and

WHEREAS, legal notice of the forfeiture was published in a newspaper of general circulation in this district on February 5, 2003, February 12, 2003, and February 19, 2003; and

WHEREAS, no other parties filed a claim to the forfeited funds.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to Title 28, United States Code, Section 2461(c) and 18 U.S.C. § 981(a)(1)(C), and the Preliminary Order of Forfeiture the Defendant shall forfeit all of his right, title and interest in the forfeited funds indicated above to the United States of America.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest in the forfeited funds, are hereby condemned, forfeited and vested in the United States of America pursuant to 28 U.S.C. § 2461(c) and 18 U.S.C. § 981(a)(1)(C).

IT IS FURTHER ORDERED that in partial satisfaction, of the Forfeiture Money Judgment, the Clerk of the Court is directed to transfer funds in the amount of seventy four thousand five hundred fifty one dollars and no cents ($74,551.00) in United States currency, currently being held by the Clerk of the Court, and any other payments to the custody of the United States Marshals Service.

IT IS FURTHER ORDERED that the United States Marshals Service and its duly authorized agents and contractors, be, and the same hereby are, directed to dispose and fully liquidate all right, title and interests in the forfeited properties, in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Order and the Preliminary Order of Forfeiture.

IT IS FURTHER ORDERED that the Clerk of the Court shall forward six (6) certified copies of this Final Order of Forfeiture to Assistant United States Attorney Elaine Banar, United States Attorney's Office, Eastern District of New York, One Pierrepont Plaza, 16th Floor, Brooklyn, New York.

Dated: Brooklyn, New York
August ⁊, 2006

s/David G. Trager
HONORABLE DAVID TRAGER
UNITED STATES DISTRICT JUDGE